# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Thomas Raymond Firriolo,<br>*Plaintiff*<br>v. | ) | Civil Action No.      6:18-cv-01034-DCC |
| Larry J. Merio, CEO, L.L.C., CVS Pharmacy #2331,<br>Greenville, South Carolina; Corrine Beckwith,<br>Partner, L.L.C., CVS Pharmacy #2331, Greenville,<br>South Carolina; John or Jane Doe, Manager, L.L.C.,<br>CVS Pharmacy #2331, Greenville, South Carolina,<br>*Defendants* | )<br>)<br>)<br>)<br>) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: the plaintiff, Thomas Raymond Firriolo, shall take nothing of the defendants; Larry J. Merio, Corrine

Beckwith, and John or Jane Doe, from the complaint filed pursuant to 28 U.S.C. § 1331 and this action is dismissed

without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended
dismissing the complaint without prejudice.

Date:   October 15, 2018                              *ROBIN L. BLUME, CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*